UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cory Larsen, | Case No. 15-cv-4510 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Capital One Bank, N.A. and Kohl's Department Stores, Inc., | |
| Defendants. | |

This matter is before the Court on the April 12, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkts. 45, 46.) The R&R recommends granting Plaintiff Cory Larsen's motion to enforce the settlement agreement, (Dkt. 26), and denying the cross motion to strike confidential information from the docket and for sanctions filed by Defendants Capital One Bank, N.A. and Kohl's Department Stores, Inc., (Dkt. 35). Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 12, 2017 R&R, (Dkts. 45, 46), is **ADOPTED**;

2. The motion to enforce the settlement agreement filed by Plaintiff Cory Larsen, (Dkt. 26), is **GRANTED**;

3. The cross motion to strike confidential settlement information from the docket and for sanctions, (Dkt. 35), is **DENIED**; and

4. The Clerk of Court is directed to unseal ECF docket entry numbers 28 and 31, (Dkts. 28, 31), the recording of the December 29, 2016 hearing, (Dkt. 43), and the unredacted version of the April 12, 2017 R&R, (Dkt. 46).


Dated: May 23, 2017                                s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge